UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MICHAEL DEWAYNE HICKINGBOTTOM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:16-cv-03423-TWP-DML |
| | ) | |
| M. JOHNSON, Nurse for Corizon Health, | ) | |
| HIPPEL Doctor for Corizon Health, | ) | |
| T. WOMACK, Nurse for Corizon Health | ) | |
| CORIZON HEALTH, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**Entry Directing Plaintiff to Show Cause**

Plaintiff Michael Dewayne Hickingbottom commenced this action on December 20, 2016. The Court has been made aware that almost two months prior to that date, plaintiff was fined $1,000 by the Seventh Circuit Court of Appeals for repeatedly filing frivolous papers with the court. He is barred from filing any further civil suits in the courts of the Seventh Circuit until the fine has been paid. *Hickingbottom v. Butts*, No. 16-3580, unpub. order (7th Cir. Oct. 31, 2016), citing *Support Sys. Int'l v. Mack*, 45 F.3d 185 (7th Cir. 1995). The Seventh Circuit's docket reflects that the fine has not been paid, and the filing restriction has not been lifted. Plaintiff did not inform this Court of the filing restriction when he commenced this action.

Pursuant to the Seventh Circuit's order, the papers commencing this action should have been returned to plaintiff unfiled. Any additional and subsequent papers submitted by plaintiff cannot be filed. He will be unable to prosecute this action. Accordingly**, plaintiff is directed to show cause no later than September 15, 2017**, why this action should not be dismissed for failure

to prosecute. The clerk may file plaintiff's response to this show cause order, but otherwise shall return any submissions to plaintiff unfiled.

**IT IS SO ORDERED**.

Date: 8/25/2017

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Michael Dewayne Hickingbottom
147099
Miami Correctional Facility
Inmate Mail/Parcels
3038 W. South 250
Bunker Hill, IN 46914

Electronically Registered Counsel